UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

| | |
|---|---|
| IN RE: | Case No.:   23-12233 |
| JESSICA L. HARE | Chapter:   13 |
| Debtor | |
| STATE EMPLOYEES CREDIT UNIONof MD, INC.<br>and its assignees and/or<br>successors in interest, | |
| Movant/Secured Creditor<br>v.<br>JESSICA L. HARE<br>Debtor | |

NOTICE OF SECURED CREDITOR'S
RIGHT TO COMMENCE FORECLOSURE PROCEEDINGS

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1. The undersigned is counsel of record for State Employees Credit Unionof MD, Inc., a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

2. Pursuant to the terms of the Consent Order Conditioning Stay, this Praecipe serves as the Secured Creditor's notice of its right to commence foreclosure proceedings pursuant to the deed of trust dated August 26, 2021, recorded at Liber 45593 at Page 470, among the land records for the property designated as 6 Tyburn Court, Timonium, MD 21093, by virtue of the

lifting of the stay of 11 U.S.C §362(a).

                    LOGS LEGAL GROUP LLP
                    Attorney for Movant

                    By:  __/s/Randa S Azzam_____
                    William M. Savage, Esquire
                    Federal I.D. Bar No. 06335
                    Randa Azzam, Esquire
                    Federal I.D. Bar No. 22474
                    Gregory N. Britto, Esquire
                    Federal I.D. Bar No. 22531
                    Gene Jung, Esquire
                    Federal I.D. Bar No. 14950
                    LOGS LEGAL GROUP LLP
                    Mailing Address
                    10130 Perimeter Parkway, Suite 400
                    Charlotte, North Carolina 28216
                    (703) 449-5800
                    ECF@Logs.com
                    23-292768

**CERTIFICATE OF SERVICE**

I hereby certify that on the ____17th____ day of ____July_____, ___2024____ the following person(s) were served a copy of the foregoing in the manner described below:

Via CM/ECF Electronic Notice:

| | |
|---|---|
| Eric S. Steiner, Steiner Law Group, LLC<br>PO Box 17598<br>Pmb 83805<br>Baltimore, MD 21297 | Debtor's Attorney |
| Brian A Tucci<br>PO Box 1110<br>Millersville, MD 21108 | Chapter 13 Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Jessica L. Hare<br>6 Tyburn Court<br>Lutherville Timonium, MD 21093 | Debtor(s) |

/s/Randa S Azzam
_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Randa Azzam, Esquire
Federal I.D. Bar No. 22474
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Gene Jung, Esquire
Federal I.D. Bar No. 14950
LOGS LEGAL GROUP LLP
Mailing Address
10130 Perimeter Parkway, Suite 400
Charlotte, North Carolina 28216
(703) 449-5800
logsecf@logs.com      23-292768